# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| **Erin Wilson, individually and on behalf of others similarly situated** ) ) ) ) *Plaintiff* ) ) v. ) Civil Action No. 1:25-cv-03238-TWT ) ) ) **QuikAid, Inc.** ) ) *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Ruth Kohls, state:

I am authorized to serve process in the state where the subject was served.

I served the following documents to QuikAid, Inc. in Pinellas County, FL on June 13, 2025 at 11:30 am at 888 Executive Center Drive West, suite 100, St. Petersburg, FL 33702 by leaving the following documents with Iywana Jerry who as Document Department Supervisor Authorized to accept in absence of R.A. is authorized by appointment or by law to receive service of process for QuikAid, Inc..

SUMMONS IN A CIVIL ACTION,  COMPLAINT,  COVER SHEET, AND EXHIBITS

White Female, est. age 25-34, glasses: Y, Brown hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=27.8591485112,-82.6460625578
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Pinellas County, FL on 6/14/2025.

/s/ *Ruth Kohls*
Signature
Ruth Kohls
+1 (813) 404-3788



Exhibit 1a)