IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and putatively on behalf of others similarly situated*,<br><br>                    Plaintiff,<br>v.<br><br>QUIKAID, INC.,<br><br>                    Defendant. | Civil Action No. 1:25-cv-03238-TWT |

## NOTICE OF APPEARANCE OF SCOTT N. SHERMAN

COME NOW Scott N. Sherman of Nelson Mullins Riley & Scarborough LLP and files this Notice of Appearance as additional counsel for Defendants, Quikaid, Inc. All future correspondence, pleadings, notices, orders, and all other matters to be served on Defendants may be sent via the CM/ECF system or the address below.

Scott N. Sherman
Nelson Mullins Riley & Scarborough LLP
201 17TH Stret, N.W., Suite 1700
Atlanta, Georgia 30363
(404)322-6000 (Phone)
(404) 322-6050 (facsimile)
scott.sherman@nelsonmullins.com

Respectfully submitted this Respectfully submitted this 7th day of July, 2025.

>/s/  *Scott N. Sherman*
> SCOTT N. SHERMAN
> Georgia Bar No.: 642090
> NELSON MULLINS RILEY &
> SCARBOROUGH LLP
> 201 17th Street NW, Suite 1700
> Atlanta, Georgia 30363
> Telephone: (404) 322-6000
> scott.sherman@nelsonmullins.com
>
> *Counsel for Defendant QuikAid, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

This 7th day of July 2025.

*/s/ Scott N. Sherman*
SCOTT N. SHERMAN
Georgia Bar No.: 642090
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
scott.sherman@nelsonmullins.com

3