IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and putatively on behalf of others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>QUIKAID, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-03238-TWT |

## NOTICE OF APPEARANCE OF EDGAR A. NEELY IV

COME NOW Edgar A. Neely IV of Nelson Mullins Riley & Scarborough LLP and files this Notice of Appearance as additional counsel for Defendants, Quikaid, Inc.  All future correspondence, pleadings, notices, orders, and all other matters to be served on Defendants may be sent via the CM/ECF system or the address below.

Edgar A. Neely IV<br>
Nelson Mullins Riley & Scarborough LLP<br>
201 17TH Stret, N.W., Suite 1700<br>
Atlanta, Georgia 30363<br>
(404)322-6000 (Phone)<br>
(404) 322-6050 (facsimile)<br>
edgar.neely@nelsonmullins.com

Respectfully submitted this Respectfully submitted this 7th day of July, 2025.

1

*/s/ Edgar A. Neely IV*
EDGAR A. NEELY IV
Georgia Bar No. 411280
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
edgar.neely@nelsonmullins.com

*Counsel for Defendant QuikAid, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all counsel of record.

This 7th day of July 2025.

                        */s/ Edgar A. Neely IV*
                        Edgar A. Neely IV
                        Georgia Bar No. 411280
                        NELSON MULLINS RILEY &
                        SCARBOROUGH LLP
                        201 17th Street NW, Suite 1700
                        Atlanta, Georgia 30363
                        Tel:  404-322-6000
                        Fax:  404-322-6050
                        edgar.neely@nelsonmullins.com