IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and putatively on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUIKAID, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-03238-TWT |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT

Defendant QuikAid, Inc. respectfully submits this unopposed motion to extend the time to file a responsive pleading to the Complaint. In support of this unopposed motion, Defendant states as follows:

1. Plaintiff filed this action on June 9, 2025.

2. Defendant was served on June 13, 2025, making a responsive pleading due on July 7, 2025.

3. After being served, Defendant engaged undersigned counsel. To investigate the allegations in the complaint and given undersigned counsel's schedule, counsel for Defendant reached out to counsel for Plaintiff and requested an extension of time to file a responsive pleading.

1

4. In response to this request, counsel for Plaintiff promptly agreed to an extension of time for Defendant to file a responsive pleading until to and including August 6, 2025, and authorized Defendant's counsel to state that this motion is unopposed.

WHEREFORE, Defendant respectfully requests that the Court grant this unopposed motion and extend the deadline for Defendant to file a responsive pleading to the Complaint to and including August 6, 2025. A proposed order is attached for the Court's consideration.

Respectfully submitted this 7th day of July, 2025.

/s/ *Edgar A. Neely IV*
Scott N. Sherman
Georgia Bar No. 642090
Edgar A. Neely IV
Georgia Bar No. 411280
NELSON MULLINS RILEY &
SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
scott.sherman@nelsonmullins.com
edgar.neely@nelsonmullins.com

Geoffrey A. Friedman
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
(*pro hac vice application to be submitted*)

Joshua A. Briones
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
2049 Century Park East, Suite 300
Los Angeles CA 90067
(*pro hac vice application to be submitted*)

*Counsel for Defendant QuikAid, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the within and foregoing with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send e-mail notification of such filing to the following counsel of record:

Valerie Chinn
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

This 7th day of July 2025.

/s/ *Edgar A. Neely IV*
Edgar A. Neely IV
Georgia Bar No. 411280

*Counsel for Defendant QuikAid, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: 404-322-6000
Fax: 404-322-6050
edgar.neely@nelsonmullins.com