IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and putatively on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUIKAID, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-03238-TWT |

# [PROPOSED] ORDER

Before the Court is Defendant's Unopposed Motion for an Extension of Time to File a Responsive Pleading to the Complaint. Finding good cause therein, the Court hereby **GRANTS** the motion.

Defendant shall file a responsive pleading to the Complaint no later than August 6, 2025. Defendant reserves all applicable defenses except based on the sufficiency of service of process, which Defendant acknowledges has been properly effectuated.

**IT IS SO ORDERED** this \_\_\_\_ day of July, 2025.

_____
Hon. Thomas W. Thrash, Jr.
United States District Judge
Northern District of Georgia