# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ERIN WILSON, *individually and putatively on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>QUIKAID, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-03238-TWT |

## DEFENDANT QUIKAID, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Northern District of Georgia Local Rules, Defendant Quikaid, Inc. ("Quikaid" or "Defendant") submits Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- **Plaintiff Erin Wilson.**

- **Defendant Quikaid, Inc.**

1

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- **The parties to this action.**

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- **For Plaintiff:**

  Valerie Chinn
  CHINN LAW FIRM, LLC

  Anthony I. Paronich
  Paronich Law, P.C.

- **For Defendant:**

  Edgar A. Neely IV
  Scott N. Sherman
  NELSON MULLINS RILEY & SCARBOROUGH LLP

  Joshua A. Briones
  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

  Geoffrey A. Friedman
  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

**(4)** Jurisdiction is not based on diversity under 28 U.S.C. § 1332(a).

Respectfully submitted this 6th day of August, 2025.

*/s/ Edgar Neely*
EDGAR A. NEELY IV
Georgia Bar No. 411280
SCOTT N. SHERMAN
Georgia Bar No. 642090
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: (404) 322-6000
edgar.neely@nelsonmullins.com
scott.sherman@nelsonmullins.com

Joshua A. Briones
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2049 Century Park East, Suite 300
Los Angeles CA 90067
(*pro hac vice application to be submitted*)

Geoffrey A. Friedman
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor, San Francisco, CA 94104
(*pro hac vice application to be submitted*)

*Counsel for Defendant Quikaid, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day, I electronically filed the within and foregoing with the Clerk of Court using the Court's CM/ECF electronic filing system which will automatically send e-mail notification of such filing to the following counsel of record:

Valerie Chinn
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
vchinn@chinnlawfirm.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*

This 6th day of August 2025.

           */s/ Edgar Neely*
           Edgar A. Neely IV
           Georgia Bar No. 411280

           *Counsel for Defendant Quikaid, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: 404-322-6000
Fax: 404-322-6050
edgar.neely@nelsonmullins.com