# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Erin Wilson, on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) CIVIL ACTION FILE<br>) NO. 25-cv-3238 |
| QuikAid, Inc. | )<br>)<br>) |
| Defendant. | )<br>) |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FILE A MOTION FOR CLASS CERTIFICATION

The Court has considered the Plaintiff's unopposed motion and GRANTS the motion. The Court expects that the Plaintiff will file a motion for class certification at a time that is Ordered by the Court when a Scheduling Order is issued.

SO ORDERED this 13th day of August 2025.

_____
United States District Court